Certiorari denied. *Emmett Thurmon* for petitioners.

No. 67. JEFFERSON LAKE SULPHUR Co. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Brunswick G. Deutsch* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Slack* and *Melva M. Graney* for the United States.

No. 68. F. S. WHELAN & SONS *v.* UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *Hammond E. Chaffetz* and *Chauncey P. Carter, Jr.* for petitioner. *Solicitor General Perlman* and *John R. Benney* for the United States.

No. 69. SHERWOOD DISTILLING Co. ET AL. *v.* PEOPLES FIRST NATIONAL BANK & TRUST Co. C. A. 4th Cir. Certiorari denied. *William Hoffenberg* and *Wilson K. Barnes* for petitioners. *Richard F. Cleveland* for respondent.

No. 70. ALGONQUIN GAS TRANSMISSION Co. ET AL. *v.* NORTHEASTERN GAS TRANSMISSION Co. ET AL.; and

No. 172. FEDERAL POWER COMMISSION *v.* NORTHEASTERN GAS TRANSMISSION Co. ET AL. C. A. 3d Cir. Certiorari denied. *Charles E. McGee* and *Helmer R. Johnson* for the Algonquin Gas Transmission Co.; and *David T. Searls, Charles I. Francis, Charles I. Thompson, W. D. Deakins, Jr.* and *J. Ross Gamble* for the Texas Eastern Transmission Corp., petitioners in No. 70. *Solicitor General Perlman* and *Bradford Ross* for the Federal Power Commission, petitioner in No. 172. *Charles V. Shannon* for the Northeastern Gas Transmission Co. et al., and *Ray C. Westgate* for the Fall River Gas Works Co., respondents. Reported below: 195 F. 2d 872.